■ DELOIS RIVERS et al., Appellants, v KENNETH W. FLASZA et al., Respondents. (Appeal No. 2.) [629 NYS2d 686] —Appeal

unanimously dismissed without costs *(see, Smith v Catholic Med. Ctr.,* 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Flaherty, J.—Set Aside Verdict.) Present—Green, J. P., Lawton, Fallon, Callahan and Boehm, JJ.